# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

135099

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AD HOC MEMBERSHIP GROUP,
        Plaintiff-Appellee,

v

YANKEE AIR FORCE, INC.,
        Defendant-Appellant.

SC: 135099
COA: 276382
Lapeer CC: 99-027157-CR

_____/

On order of the Court, the application for leave to appeal the September 10, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

Clerk

t0114